No. 2042.—DENNIS LONG v. SUCCESSION AND HEIRS OF JOHN F. SCOTT, deceased.

Where the plea of prescription is filed in the Supreme Court, and the record shows that the obligation on which the judgment of the lower court is founded is prescribed, and the appellee does not ask that the case be remanded to enable the holder to show an interruption, the plea will be maintained in the Supreme Court.

APPEAL from Thirteenth District Court, parish of Tensas, *Hough*, J. *Aroni & Collier*, for plaintiff, *Leach & Lewis*, for defendants and appellants.

WYLY, J. The defendants have appealed from a judgment by default made final in open court against them in favor of plaintiff for the amount of a note made by John F. Scott, deceased.

They have filed in this court the plea of prescription of five years against the note sued on, and they pray that the judgment appealed from be avoided and annulled.

The note upon which plaintiff bases this action matured the fifteenth February, 1861, and more than five years elapsed from the maturity to the service of citation on the defendants. There is no evidence in the record showing the suspension or interruption of prescription, and from the face of the papers there is no doubt that it accrued before this suit

was instituted. Plaintiff has not asked that this case be remanded to prove an interruption or suspension of prescription. The plea must prevail. C. C. 3505.

It is therefore ordered that the judgment appealed from be avoided and annulled, and it is now ordered that there be judgment in favor of defendants, dismissing this suit at plaintiffs' costs in both courts.